1
2
3
4
5
6

7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| BARRY SMITH and MICHAEL WIGGINS, individually, and on behalf of all others similarly situated, | Case No. 06-02069 SBA |
| Plaintiff, | **ORDER CONTINUING DATES FOR THE PARTIES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES PURSUANT TO FRCP 26(f)** |
| vs. | |
| WAL-MART STORES, INC., a Delaware Corporation and DOES One through Twenty-Five, inclusive, | |
| Defendants. | |

10
11
12
13
14
15
16
17

18        Pursuant to stipulation between the parties and good cause appearing therefore:

19        IT IS HEREBY ORDERED,

20        1.   That the last day for the parties to meet and confer regarding initial disclosures,
              early settlement, ADR process selection and a discovery plan is August 17, 2006.
21            [FRCP 26(f) and ADR – L.R. 3-5];

22        2.   That the last day for the parties to file a Joint ADR Certification is August 17,
              2006. [Civil L.R. 16-8]; and
23

24        3.   That the last day for the parties to complete initial disclosures is August 31, 2006,
              pursuant to FRCP 26(f).  [FRCP 26(a)(1); Civil L.R. 16-9]
25

26   Dated:  July 31. 2006                    _Sandra B. Armstrong_
27                                            The Honorable Saundra B. Armstrong
                                              Judge, United States District Court
28
N:\Documents\WAL\SMITH\Pldg\prop-ord-cont-init-disc.doc

PROPOSED ORDER CONTINUING DATES FOR THE PARTIES TO MEET AND CONFER AND COMPLETE
INITIAL DISCLOSURES PURSUANT TO FRCP 26(f)
Case No.:  C 01-01448 CW