UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY SMITH, ET AL., | ) | No. C 06-2069 SBA |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| WAL-MART STORES, INC., ET AL. | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED THAT the Case Management Conference in the above-captioned case, currently scheduled for September 12, 2006, at 1:00 p.m. is CONTINUED to September 14, 2006, at 3:00 p.m.

IT IS SO ORDERED.

Dated: 9/11/06

SAUNDRA BROWN ARMSTRONG
United States District Judge