LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
WAL-MART STORES, INC.

BAILEY PINNEY PC
BONNIE R. MACFARLANE (State Bar No. 161526)
720 Howe Ave., Suite 113
Sacramento, California 95825
Telephone: (800) 230-5528
Facsimile: (800) 230-5866

Attorneys for Plaintiffs
BARRY SMITH and MICHAEL WIGGINS

MARLIN & SALZMAN
LOUIS M. MARLIN (State Bar No. 054053)
STANLEY D. SALZMAN (State Bar No. 090058)
3200 El Camino Real, Suite 100
Irvine, California 92602
Telephone: (714) 669-4900
Facsimile: (714) 669-4750

Attorneys for Plaintiffs and Proposed Plaintiff Class
    In Case Number CV 06 05411 SBA (Ballard)

*Additional Counsel on Following Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY SMITH and MICHAEL WIGGINS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation and DOES One through Twenty-Five, inclusive,<br><br>    Defendants. | Case No. C-06-02069 SBA<br>and CV-06-05411 SBA<br><br>**STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION** |

1

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED
MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No. C 06 02069 SBA and CV 06 05411 SBA

| | |
|---|---|
| 1 | DANTON BALLARD and |
| | NATHAN LYONS, individually and on |
| 2 | Behalf of all others similarly situated, |
| | |
| 3 | Plaintiffs, |
| | |
| 4 | vs. |
| | |
| 5 | WAL-MART STORES, INC., a Delaware |
| | Corporation; and DOES 1 through 20, |
| 6 | inclusive, |
| | |
| 7 | Defendants. |

### ADDITIONAL PLAINTIFFS' COUNSEL

**Smith vs. Wal-Mart**
C 06 020690 SBA

BAILEY PINNEY PC
A.E. "BUD" BAILEY (Washington State Bar No. 33917)
J. DANA PINNEY (Washington State Bar No. 33919)
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331

**Ballard vs. Wal-Mart**
CV 06 05411 SBA

SCHWARTZ, DANIELS & BRADLEY
ARNOLD W. SCHWARTZ (State Bar No. 63436)
MARCUS J. BRADLEY (State Bar No. 174156)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (310) 478-5838
Facsimile: (310) 478-1232

LAW OFFICES OF PETER M. HART
PETER M. HART (State Bar No. 198691)
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (310) 561-6441

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED
MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No. C 06 02069 SBA and CV 06 05411 SBA

Plaintiffs Barry Smith, Michael Wiggins, Danton Ballard and Nathan Lyons (collectively the "Plaintiffs") and Defendant Wal-Mart Stores, Inc ("Defendant") (collectively "the Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, the action entitled *Barry Smith and Michael Wiggins v. Wal-Mart Stores, Inc*, Case No. CV 06-02069 SBA ("the Smith action") was referred to mediation through the Court's Alternative Dispute Resolution Program on or about September 14, 2006, and a mediator was appointed on or about October 13, 2006.

WHEREAS, the Court ordered the case of *Danton Ballard and Nathan Lyons v. Wal-Mart Stores, Inc*, Case No. CV 06-3790 ("the Ballard action"), related to the Smith action on or about September 28, 2006

WHEREAS, the Parties have elected to utilize private mediation with Mark Rudy in both the Smith and Ballard actions and have agreed to mediate these two related cases together.

WHEREAS, the Parties wish the Smith and Ballard cases be removed from the Court-sponsored mediation program and request referral to private mediation.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. That the Smith and Ballard actions be mediated together with the same mediator;

2. That the Smith and Ballard actions should be removed from the court-sponsored mediation program; and

2. That the Smith and Ballard action be referred to private mediation.

Dated: November 29, 2006

MARLIN & SALTZMAN

_____
LOUIS M MARLIN
Attorneys for Plaintiffs
DANTON BALLARD and NATHAN LYONS

3

Dated: November 29, 2006

BAILEY PINNEY PC

_____
BONNIE R. MAC FARLANE
Attorneys for Plaintiffs
BARRY SMITH and MICHAEL WIGGINS

Dated: November 29, 2006

LAFAYETTE & KUMAGAI LLP

_____
SUSAN T. KUMAGAI
Attorneys for Defendant
WAL-MART STORES, INC.

4

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED
MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No. C 06 02069 SBA and CV 06 05411 SBA

## ORDER

The foregoing stipulation having been entered, and good cause appearing, it is ORDERED that the related cases of *Barry Smith and Michael Wiggins v. Wal-Mart Stores, Inc.*, Case No. CV 06-02069 and *Danton Ballard and Nathan Lyons v. Wal-Mart Stores, Inc.*, Case No. CV 06-3790, be removed from the Court-sponsored mediation program and are referred to private mediation.

IT IS SO ORDERED.

DATE: 12-4 , 2006

/s/ Saundra B. Armstrong
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on November 29, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No. C 06 02069 SBA and CV 06 05411 SBA

5