1 Louis M. Marlin, Esq. [Bar No. 054053]
Stanley D. Saltzman, Esq. [Bar No. 090058]
2 **MARLIN & SALTZMAN**
3200 El Camino Real, Suite 100
3 Irvine, CA   92602
(714) 669-4900 Fax: (714) 669-4750
4 louis.marlin@marlinsaltzman.com
ssaltzman@marlinsaltzman.com
5 Attorneys For: Plaintiffs and Proposed Plaintiff Class
     In Case Number CV 06 05411 SBA (Ballard)*
6
*Additional Counsel on Following Page
7

8
## IN THE UNITED STATES DISTRICT COURT
9
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 BARRY SMITH and MICHAEL WIGGINS, individual; on behalf of herself and all others similarly situated,

Plaintiffs

vs.

WAL-MART STORES, INC., a Delaware Corporation, and Does One through Twenty-Five, inclusive,

Defendants.
_____

DANTON BALLARD and NATHAN LYONS, individually and on behalf of all others similarly situated,

Plaintiffs

vs.

WAL-MART STORES, INC., a Delaware Corporation; and Does 1 through 20, inclusive,

Defendants.
_____

Case Numbers:   C 06 02069 SBA
                and
                CV 06 05411 SBA

**CLASS ACTION**

**ORDER APPROVING STIPULATION CONSOLIDATING CLASS ACTIONS AND PERMITTING FILING OF CONSOLIDATED CLASS ACTION COMPLAINT**

---

1

[Proposed] Order Approving Stipulation to Consolidate Class Actions and to File Proposed Consolidated Complaint
Case Nos. C 06 02069 SBA and Cv 06 05411 SBA

# ADDITIONAL PLAINTIFFS' COUNSEL

### Smith vs. Wal-Mart
C 06 02069 SBA

A.E. "Bud" Bailey, Pro Hac Vice, OSB#87157, WSB# 33917
J. Dana Pinney, Pro Cac Vice, OSB#75308, WSB#33919, D.C. No. 473833
**MEMBERS OF BAILEY PINNEY PC**
1498 S.E. Tech Center Place, Suite 290
Vancouver, WA 98683
(360) 567-2551 Fax: (360) 567-3331
bbailey@wagelawyer.com

**BONNIE R. MAC FARLANE** [CA Bar No. 161526]
720 Howe Ave, Suite 113
Sacramento, CA 95825
(800) 230-5528 Fax (800) 230-5866
bmacfarlane@wagelawyer.com

### Ballard vs. Wal-Mart
CV 06 05411 SBA

Arnold W. Schwartz, Esq. [SBN 63436]
Marcus J. Bradley, Esq. [SBN 174156]
**SCHWARTZ, DANIELS & BRADLEY**
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
(310) 478-5838 Fax: (310) 478-1232
arnold.schwartz@schwartzdanielsbradley.com
Marcus.bradley@schwartzdanielsbradley.com

Peter M. Hart [Bar No. 198691]
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, CA 90292
(310) 478-5789 Fax: (310) 561-6441
HartPeter@msn.com

Case 4:06-cv-02069-SBA   Document 67   Filed 01/09/07   Page 3 of 4

The Court, having read and considered the Stipulation of the parties to consolidate the cases of <u>Barry Smith and Michael Wiggins v. Wal-Mart Stores, Inc.</u>, Case No. C 06 02069 SBA (hereinafter "Smith Action"), and <u>Danton Ballard and Nathan Lyons v. Wal-Mart Stores, Inc.</u>, Case No. CV 06 05411 JSW, and to permit the filing of the proposed Consolidated Complaint hereby orders as follows:

1. The related cases of:

<u>Smith et al. v. Wal-Mart Stores, Inc.</u>, Case No. C 06 02069 SBA; and

<u>Ballard et al. v. Wal-Mart Stores, Inc.</u>, Case No. CV 06 05411 SBA

are consolidated for all purposes pursuant to *Federal Rules of Civil Procedure* 42(a).

2. Every pleading filed in the consolidated action shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION<br>_____<br>This Document Relates To:<br>Case Nos.<br>C 06 02069 SBA (Smith) and<br>CV 06 05411 SBA (Ballard)<br>_____ | Case No. C 06 02069 SBA<br>**CLASS ACTION** |

3. The Proposed Consolidated Class Action Complaint ("Proposed Complaint"), concurrently lodged herewith, will be the operative complaint in the consolidated action.

4. The Proposed Complaint will be deemed filed on the date this Court executes this Order.

3

[Proposed] Order Approving Stipulation to Consolidate Class Actions and to File Proposed Consolidated Complaint
Case Nos. C 06 02069 SBA and Cv 06 05411 SBA

5. Defendant waives service of the Proposed Complaint and will have thirty (30) days to respond to said complaint from the date Defendant receives notice that this Court has issued this Order.

Dated: 1/9/07

Hon. Saundra B. Armstrong
United States District Court Judge