1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   MICHAEL A. APARICIO (STATE BAR NO. 206300)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   AMIRA B. DAY (STATE BAR NO. 239045)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     650-614-7400
5  Facsimile:      650-614-7401
   lchermle@orrick.com
6  maparicio@orrick.com
   jperry@orrick.com
7  aday@orrick.com

8  Attorneys for Defendant
   WAL-MART STORES, INC.
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  In Re WAL-MART STORES, INC. WAGE        Case No.  C 06 02069 SBA
    AND HOUR LITIGATION
14                                          **STIPULATION AND  ORDER FOR
                                            SUBSTITUTION OF COUNSEL ON
15                                          BEHALF OF DEFENDANT WAL-
                                            MART STORES, INC.**
16  This Document Relates To:

17  Case Nos.
    C 06-02069 SBA (Smith) and
18  C 06-05411 SBA (Ballard)

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, that the law firm of Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025, will substitute as attorneys of record in this matter in place and stead of Defendant Wal-Mart Stores, Inc.'s former counsel, Lafayette & Kumagai, who consent to such substitution. Lynne C. Hermle shall be lead trial counsel for Defendant Wal-Mart Stores, Inc.

Dated: February 8, 2007

LYNNE C. HERMLE
MICHAEL A. APARICIO
JESSICA R. PERRY
AMIRA B. DAY
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Lynne C. Hermle /s/
Lynne C. Hermle
Attorneys for Defendant
WAL-MART STORES, INC.

Dated: February 8, 2007

LAFAYETTE & KUMAGAI

Susan T. Kumagai

Dated: February 8, 2007

WAL-MART STORES, INC.

Kurt Krafsky
Assistant General Counsel

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/9/07

Saundra B. Armstrong
United States District Judge

OHS West:260172642.1

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC.
C 06 02069 SBA

1

**ATTESTATION**

I, Lynne C. Hermle, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT WAL-MART STORES, INC.  Pursuant to General Order 45.X.B., I hereby attest that the individuals identified in the signature block of this document have concurred in this filing.

Dated:  February 8, 2007

                                                /s/ Lynne C. Hermle /s/
                                                    Lynne C. Hermle