Louis M. Marlin, Esq.              [State Bar No. 054053]
Stanley D. Saltzman, Esq.          [State Bar No. 090058]
MARLIN & SALTZMAN
3200 El Camino Real, Suite 100
Irvine, California 92602
Telephone: (714) 669-4900
Facsimile: (714) 669-4750
Louis.Marlin@MarlinSaltzman.com / SSaltzman@MarlinSaltzman.com

Attorneys for Plaintiffs, individually and on behalf of all others similarly situated

Lynne C. Hermle, Esq.              [State Bar No. 99779]
Michael A. Aparicio, Esq.          [State Bar No. 206300]
Jessica R. Perry, Esq.             [State Bar No. 209321]
Amira B. Day, Esq.                 [State Bar No. 239045]
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
lchermle@orrick.com / maparicio@orrick.com
jperry@orrick.com / aday@orrick.com

Attorneys for Defendant
WAL-MART STORES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION | Case No.: C 06 02069 SBA <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ORDER RE: FILING OF FIRST AMENDED COMPLAINT** |
| This Document Relates To: <br> Case Nos. <br> C 06 02069 SBA (Smith) and <br> CV 06 05411 SBA (Ballard) | |

**ADDITIONAL PLAINTIFFS' COUNSEL**

Arnold W. Schwartz, Esq.          [State Bar No. 063436]
Marcus J. Bradley, Esq.           [State Bar No. 174156]
SCHWARTZ, DANIELS & BRADLEY
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:  (310) 478-5838
Facsimile:  (310) 478-1232
Arnold.Schwartz@SchwartzDanielsBradley.com
Marcus.Bradley@SchwartzDanielsBradley.com

Peter M. Hart, Esq.               [State Bar No. 198691]
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, California  90292
Telephone:  (310) 478-5789
Facsimile:  (310) 561-6441
HartPeter@msn.com

A.E. "Bud" Bailey, Pro Hac Vice   [OSB No. 87157; WSB No. 33917]
J. Dana Pinney, Pro Hac Vice      [OSB No. 75308; WSB No. 33919; DC No. 473833]
MEMBERS OF BAILEY PINNEY PC
1498 S.E. Tech Center Place, Suite 290
Vancouver, Washington  98683
Telephone:  (360) 567-2551
Facsimile:  (360) 567-3331
BBailey@wagelawyer.com
JDPinney@wagelawyer.com

Bonnie R. MacFarlane, Esq.        [State Bar No. 161526]
LAW OFFICES OF BONNIE R. MAC FARLANE
720 Howe Ave, Suite 113
Sacramento, California  95825
Telephone:  (800) 230-5528
Facsimile:  (800) 230-5866
BMacfarlane@wagelawyer.com

1  Plaintiffs BARRY SMITH, MICHAEL WIGGINS, DANTON BALLARD, and
2  NATHAN LYONS, individually and on behalf of all others similarly situated
3  (hereinafter collectively referred to as the "Plaintiffs") and Defendant WAL-MART
4  STORES, INC. ("Defendant") (collectively "the parties"), through their respective
5  counsel, hereby stipulate as follows:
6  WHEREAS, the action entitled *Barry Smith and Michael Wiggins v. Wal-Mart
7  Stores, Inc.*, U.S.D.C. Case No. CV-06 02069 SBA ("Smith Action") was commenced
8  in this District on March 20, 2006, with the filing of the original Complaint (C-06
9  05411 JSW);
10  WHEREAS, the action entitled *Danton Ballard and Nathan Lyons, etc. v. Wal-
11  Mart Stores, Inc*., U.S.D.C. Case No. CV 06 3790 RSWL, ("Ballard Action") was
12  filed on May 17, 2006, in the Superior Court for the State of California, County of Los
13  Angeles;
14  WHEREAS, on June 16, 2006, Wal-Mart removed the Ballard action to the
15  United States District Court, Central District of California;
16  WHEREAS, the parties stipulated to the transfer of venue of the Ballard action
17  to this Court pursuant to 28 U.S.C. §1404(a) on August 7, 2006;
18  WHEREAS, on September 28, 2006, the Court ordered the Smith Action and
19  the Ballard Action related pursuant to Civil Local Rule 3-12;
20  WHEREAS, on January 9, 2007, the Court ordered the Smith Action and the
21  Ballard Action consolidated pursuant to *Federal Rules of Civil Procedure* 42(a);
22  WHEREAS, on January 9, 2007, the Plaintiffs filed a Consolidated Class
23  Action Complaint;
24  WHEREAS, on February 8, 2007, Defendant filed a Motion to Dismiss the
25  Consolidated Class Action Complaint pursuant to *Federal Rules of Civil Procedure*
26  12(b)(6) and a Motion to Strike pursuant to *Federal Rules of Civil Procedure* 12(f)
27  calendared for hearing on March 27, 2007;
28  / / /

1  WHEREAS, in the interests of efficiency, and to avoid successive Motions to
2  Dismiss and Motions to Strike, the Plaintiffs wish to file a First Amended
3  Consolidated Complaint.

4  IT IS HEREBY STIPULATED BY THE PARTIES AS FOLLOWS:

5  1.  Leave to file Plaintiffs' Proposed First amended Consolidated Class
6  Action Complaint, attached hereto as Exhibit A, should be granted;

7  2.  Plaintiffs shall file the First Amended Consolidated Class Action
8  Complaint no later than 10 days from the entry of this Order.

9  3.  Conditioned upon the Court granting such leave and the filing of the First
10 Amended Consolidated Class Action Complaint, Defendant's Motion to Dismiss the
11 Consolidated Class Action Complaint pursuant to *Federal Rules of Civil Procedure*
12 12(b)(6) and Motion to Strike pursuant to *Federal Rules of Civil Procedure* 12(f),
13 calendared for March 27, 2007, are withdrawn; provided, however, that if the Court
14 has not approved this Stipulation by March 16, 2007, Defendant will re-notice the
15 motions to give Plaintiffs the time to file an opposition that is provided for in the
16 Local Rules;

17 4.  Defendant's withdrawal of the Motion to Dismiss and Motion to Strike is
18 without prejudice to Defendant's right to file new motions in response to Plaintiffs'
19 First Amended Consolidated Complaint; and

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

5. Defendant shall respond to the First Amended Consolidated Class Action Complaint within 20 days of its filing.

DATED: March 7, 2007     MARLIN & SALTZMAN
SCHWARTZ, DANIELS & BRADLEY
LAW OFFICES OF PETER M. HART
BAILEY PINNEY, PC
LAW OFFICES OF BONNIE R. MAC FARLANE

                                        / S /
                         By: _____
                              MARCUS J. BRADLEY
                              Attorneys for Plaintiffs

DATED: March 7, 2007     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        / S /
                         By: _____
                              LYNNE C. HERMLE
                              MICHAEL A. APARICIO
                              JESSICA R. PERRY
                              AMIRA B. DAY
                              Attorneys for Defendant

**ORDER**

The foregoing stipulation having been entered, and good cause appearing,

IT IS SO ORDERED.

DATED:  3/19/07               _____
                              HONORABLE SAUNDRA B. ARMSTRONG
                              UNITED STATES DISTRICT COURT JUDGE