UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WAL-MART STORES, INC.<br>WAGE AND HOUR LITIGATION<br><br>―――――――――――――――――――<br>This Document Relates To:<br><br>Case Nos.<br><br>C06-2069 SBA (Smith) and<br>C06-5411 SBA (Ballard)<br>―――――――――――――――――――| Nos. C06-2069 SBA (BZ) &<br>      C06-5411 SBA (BZ)<br><br>**SCHEDULING ORDER** |

Having received plaintiffs' June 5, 2007 letter describing certain discovery disputes, and having received defendant's reply letter dated June 8, 2007, **IT IS ORDERED** that a telephonic discovery conference will be held on **Thursday, June 14, 2007 at 4:00 p.m.** Counsel for plaintiffs will get counsel for defendant on the line and phone chambers at **415-522-4093**.

Dated: June 11, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\sch.order.wpd