UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION ─────────────────────────── This Document Relates To: Case Nos. C06-2069 SBA (Smith) and C06-5411 SBA (Ballard) ─────────────────────────── | Nos. C06-2069 SBA (BZ) & C06-5411 SBA (BZ) **SECOND DISCOVERY ORDER** |

On June 14, 2007, I held a telephonic conference to discuss the discovery disputes described in the parties' June 5 and June 8 letters. All parties participated through counsel. I find the disputes capable of resolution without further briefing or hearing and, for the reasons discussed on the record, **IT IS ORDERED** as follows:

1. I find that plaintiffs' production demands are directed to defendant Wal-Mart Stores, Inc., and seek information about its employees in California, not a subset of those employees, such as those that work for "Wal-Mart stores". See Dukes v. Wal-Mart Stores, Inc., 222 F.R.D. 137,

141, 145 (N.D. Cal. 2004) aff'd Dukes v. Wal-Mart, Inc., 474 F.3d 1214 (9th Cir. 2007) (describing "Wal-Mart Stores, Inc." as including divisions such as Sam's Club).  If defendant believes the plaintiff class should be limited to a subset of its employees, it must proceed by appropriate motion, not by withholding discovery.

    2.  Information responsive to production demands 19, 20 and 21 that defendant Wal-Mart Stores, Inc., is prepared to produce by the week of June 25 shall be produced by no later than **noon, June 29, 2007.**

    3.  Information responsive to production demands 19, 20 and 21 that defendant Wal-Mart Stores, Inc., is not prepared to produce by the week of June 25 shall be produced by no later than **noon, July 13, 2007**.

Dated: June 14, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\2nd Disc Order.wpd

2