| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 2 | MICHAEL A. APARICIO (STATE BAR NO. 206300) |
| | maparicio@orrick.com |
| 3 | JESSICA R. PERRY (STATE BAR NO. 209321) |
| | jperry@orrick.com |
| 4 | AMIRA B. DAY (STATE BAR NO. 239045) |
| | aday@orrick.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 6 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 7 | Facsimile: 650-614-7401 |
| 8 | Attorneys for Defendant |
| | WAL-MART STORES, INC. |
| 9 | |
| | Arnold W. Schwartz (STATE BAR NO. 63436) |
| 10 | Marcus J. Bradley (STATE BAR NO. 174156) |
| | E-Mail: Marcus.Bradley@SchwartzDanielsBradley.com |
| 11 | SCHWARTZ, DANIELS & BRADLEY |
| | 29229 Canwood Street, Suite 208 |
| 12 | Agoura Hills, California 91301 |
| | Telephone: (310) 478-5838 or (818) 338-8900 |
| 13 | Facsimile: (310) 478-1232 |
| 14 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION | Case No. C 06-02069 SBA |
| | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF TRIAL SCHEDULE** |
| This Document Relates to: | |
| Case Nos. C 06-02069 SBA (Smith) and C 06-05411 SBA (Ballard) | |

OHS West:260250349.2

STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE OF TRIAL SCHEDULE
C 06-02069 SBA

# STIPULATION

WHEREAS, this action commenced as two separately-filed actions, *Smith et al. v. Wal-Mart Stores, Inc.* (C 06-02069 SBA) and *Ballard et al. v. Wal-Mart Stores, Inc.* C 06-05411 SBA;

WHEREAS on September 15, 2006, the Court entered an Order For Pretrial Preparation scheduling a trial in the *Smith* matter February 2, 2008;

WHEREAS, the Court did not issue a separate pretrial order in the *Ballard* case;

WHEREAS, the Court ordered the two cases *Smith* and *Ballard* consolidated by Order entered 01/09/2007;

WHEREAS, Defendant has not yet answered the First Amended Consolidated Complaint in this consolidated case, and the Parties and the Court continue to address matters going to the Pleadings;

WHEREAS, Plaintiffs have requested continuance of the currently scheduled trial date and other dates set forth in the Pretrial Order;

WHEREAS, in agreeing to continue the trial date, Defendant has requested that Plaintiffs adhere to a deadline for the filing of any motion for class certification in this case, together with a set briefing schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following and ask that the Court approve this stipulation as an Order of the Court:

1. The Order For Pretrial Preparation entered September 15, 2006, should be VACATED and the Order for Pretrial Preparation attached as Exhibit A to this Stipulation should be entered;

2. Any motion asking that this action be certified to proceed as a class action must be filed **on or before October 2, 2007**; provided, however, Plaintiffs reserve the right to ask the Court to extend the deadline based upon a showing of good cause.

3. With respect to any such motion to certify a class, the briefing parameters set forth in Civil Local Rule 7 pertaining to motions, are modified as follows:

    a. Civil Local Rule 7-2(a) is modified so that any motion must be

filed, served and noticed **not less than 56 days** prior to the hearing;

  b. Civil Local Rule 7-3(a) is modified so that any Opposition papers must be filed **not later than 28 days** prior to the hearing;

  c. Civil Local Rules 7-2(b) and 7-3(a) are modified to provide both sides an additional 10 pages of briefing per side for opening and opposition briefs,

  d. Civil Local Rules 7-3(c) and 7-4(b) are modified to provide 5 additional pages for any reply papers.

Dated: June 22, 2007

            MARLIN & SALTZMAN
            SCHWARTZ, DANIELS & BRADLEY
            BAILEY PINNEY PC
            LAW OFFICES OF PETER M. HART

            _____
               Marcus J. Bradley
               Attorneys for Plaintiffs

Dated: June 22, 2007

            ORRICK, HERRINGTON & SUTCLIFFE LLP

            _____
               Michael A. Aparicio
               Attorneys for Defendant
               WAL-MART STORES, INC.

## ORDER

Pursuant to Stipulation, it is so ordered.

Dated: June 26 2007

            _____
            SAUNDRA B. ARMSTRONG
            UNITED STATES DISTRICT JUDGE