UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION<br><br>This Document Relates To:<br><br>Case Nos.<br><br>C06-2069 SBA (Smith) and<br>C06-5411 SBA (Ballard) | Nos. C06-2069 SBA (BZ) &<br>C06-5411 SBA (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the pending dispute is scheduled for **Friday, July 27, 2007 at 11:00 a.m.** Counsel for plaintiffs shall get counsel for defendants on the line and contact chambers at **415-522-4093**.

Dated: July 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\SMITH.WALMART.TELCONF.ORDER.wpd

1