1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re WAL-MART STORES, INC. )
WAGE AND HOUR LITIGATION    )
                            )        Nos. C06-2069 SBA (BZ)
_____)             C06-5411 SBA (BZ)
                            )
This Document Relates To:   )
                            )        **SCHEDULING ORDER**
Case Nos.                   )
                            )
C06-2069 SBA (Smith) and    )
C06-5411 SBA (Ballard)      )
                            )
_____)

On July 27, 2007, I held a telephonic conference to discuss the parties' discovery dispute, as referenced in plaintiff's July 20, 2007 letter and defendant's July 24, 2007 letter (Docket Nos. 101, 102).  Both parties participated through counsel.  In light of the discussion on the record, **IT IS ORDERED** as follows:

    1.  The parties are **ORDERED** to attempt to resolve this matter among themselves in accordance with the views I expressed.

    2.  If they cannot, each side is granted leave to file

1

1  an appropriate motion by **August 1, 2007.**

2      3.   Any opposition to either motion shall be filed by

3  **August 15, 2007.**

4      4.   Any reply shall be filed by **August 22, 2007.**

5      5.   The motions will be heard on **Wednesday, September 5,**

6  **2007 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal

7  Building, 450 Golden Gate Avenue, San Francisco, California

8  94102.

9  Dated: July 27, 2007

10

11                    Bernard Zimmerman
                  United States Magistrate Judge

12

13
   G:\BZALL\-REFS\SMITH.WALMART\BRIEFING ORDER 7.27.07.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28