1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  In Re WAL-MART STORES, INC. )
    WAGE AND HOUR LITIGATION     )
12                               )        Nos. C06-2069 SBA (BZ) &
    _____)             C06-5411 SBA (BZ)
13                               )
    This Document Relates To:    )
14                               )        **THIRD DISCOVERY ORDER**
    Case Nos.                    )
15                               )
    C06-2069 SBA (Smith) and     )
16  C06-5411 SBA (Ballard)       )
                                 )
17  _____)

18       **IT IS ORDERED** that defendant's request contained in its

19  letter dated August 1, 2007 is **GRANTED**.  Defendant shall file

20  its responses by **noon** on **Tuesday, August 7, 2007.**

21       **IT IS FURTHER ORDERED** that a telephone conference to

22  discuss these disputes is scheduled for **Thursday, August 9,**

23  **2007 at 3:00 p.m.**  Counsel for plaintiffs shall get counsel

24  for defendant on the line and call chambers at **415-522-4093.**

25  Dated: August 2, 2007

26

27                          _____
                                  Bernard Zimmerman
28                            United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\DISC3.ORDER.wpd