UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WAL-MART STORES, INC.<br>WAGE AND HOUR LITIGATION<br><br>This Document Relates To:<br><br>Case Nos.<br><br>C06-2069 SBA (Smith) and<br>C06-5411 SBA (Ballard) | Nos. C06-2069 SBA (BZ) &<br>C06-5411 SBA (BZ)<br><br>**FOURTH DISCOVERY ORDER** |

On August 9, 2007, I held a telephonic conference to discuss the discovery disputes outlined in the parties' recent July 31 and August 7 letters. All parties participated through counsel. For the reasons stated during the conference, and good cause appearing, **IT IS ORDERED** as follows:

1. Construing Docket #108 as plaintiffs' motion to compel further responses to interrogatories and Docket #118 as an opposition, I find no need for further argument. The motion is **DENIED**. I find that at this stage of the litigation, the burden and expense involved in ascertaining

1

the requested information outweighs the likely benefit of the information to plaintiffs' motion for class certification. <u>See</u> Federal Rule of Civil Procedure 26(b)(2)(C)(iii).

    2.   The parties shall meet and confer over the disputed requests for admissions by the close of business on **Monday, August 13, 2007**, and shall make good faith efforts to resolve the related disputes.

    3.   In the event the parties cannot resolve their disputes, plaintiffs have leave file a motion to compel discovery.  The motion shall be filed by no later than **Monday, August 20, 2007**.  Any opposition shall be filed by **Tuesday, September 4, 2007**, and any reply by **Tuesday, September 11, 2007**.  The Court will notice a hearing if necessary.

    4.   Going forward, when the parties meet and confer on issues relating to the discovery or retrieval of electronically stored information, each party shall have present a non-attorney information technology person.

Dated: August 10, 2007

                                         _____
                                          Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\Disc4ORDER.wpd