UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ This Document Relates To: Case Nos. C06-2069 SBA (Smith) and C06-5411 SBA (Ballard) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | Nos. C06-2069 SBA (BZ) & C06-5411 SBA (BZ)  **SIXTH DISCOVERY ORDER** |

To the extent that Wal-Mart's August 17 letter constitutes a request for reconsideration, it is **DENIED.** It should be obvious to Wal-Mart that the court was not improperly influenced by plaintiffs' assertion that Wal-Mart had not produced any documents. The Fifth Discovery Order expressly states that Wal-Mart need not produce documents it has already produced. If Wal-Mart believes there was a Rule 11 violation, it has its remedies.

It should also be obvious to Wal-Mart that proposing time tables for producing documents that were first sought on May

1

15, 2007, which contemplate production long after the class certification issues are briefed or heard is unacceptable. Nonetheless, the court **ORDERS** that the deadlines contained in the Fifth Discovery Order [except for lodging the meet and confer record] are each extended by one week.

Dated: August 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\DISC6.ORD.wpd