```
SCHWARTZ, DANIELS & BRADLEY
ARNOLD W. SCHWARTZ, ESQ.    [State Bar No. 063436]
MARCUS J. BRADLEY, ESQ.     [State Bar No. 174156]
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone:   (310) 478-5838
Facsimile:   (310) 478-1232
Arnold.Schwartz@SchwartzDanielsBradley.com
Marcus.Bradley@SchwartzDanielsBradley.com
```

Attorneys for Plaintiffs

```
MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, State Bar No. 096129
WILLIAM J. TAYLOR, State Bar No. 072902
JOAN M. HARATANI, State Bar No. 118221
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:   (415) 442.1000
Facsimile:   (415) 442.1001
reisen@morganlewis.com
wtaylor@morganlewis.com
jharatani@morganlewis.com
```

Attorneys for Defendant
WAL-MART STORES, INC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION, | Case No. C 06 02069 SBA |
| | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION** |
| This Document Relates To: Case Nos. | |
| C 06 02069 SBA (Smith) and CV 06 05411 SBA (Ballard), | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7610370.1

STIPULATION AND PROPOSED ORDER
RE CONTINUANCE (C 06 02069 SBA)

## ADDITIONAL PLAINTIFFS' COUNSEL

Peter M. Hart, Esq.   [State Bar No. 198691]
LAW OFFICES OF PETER M. HART
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (310) 561-6441
HartPeter@msn.com

A.E. "Bud" Bailey, *Pro Hac Vice*   [OSB No. 87157; WSB No. 33917]
J. Dana Pinney, *Pro Hac Vice*   [OSB No. 75308; WSB No. 33919; DC No. 473833]
MEMBERS OF BAILEY PINNEY PC
1498 S.E. Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331
BBailey@wagelawyer.com
JDPinney@wagelawyer.com

Bonnie R. MacFarlane, Esq.   [State Bar No. 161526]
LAW OFFICES OF BONNIE R. MAC FARLANE
720 Howe Ave, Suite 113
Sacramento, California 95825
Telephone: (800) 230-5528
Facsimile: (800) 230-5866
BMacfarlane@wagelawyer.com

## ADDITIONAL DEFENDANT'S COUNSEL

ORRICK, HERRINGTON & SUTCLIFFE LLP
LYNNE C. HERMLE, [State Bar No. 99779]
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614.7400
Facsimile: (650) 614.7401
lchermle@orrick.com

## STIPULATION

WHEREAS, Defendant requested that Plaintiffs adhere to a deadline for the filing of any motion for class certification in this case, together with a set briefing schedule;

WHEREAS, the parties stipulated to the date of October 2, 2007 as the date for the filing of the motion for class certification, together with a set briefing schedule;

WHEREAS, the Court entered an Order on June 27, 2007 setting forth the date of October 2, 2007 as the date for the filing of the motion for class certification, together with a set briefing schedule;

WHEREAS, as a result of unfortunate and unexpected personal circumstances experienced by Plaintiffs' counsel, Plaintiffs have requested to extend the deadline for the filing of their motion for class certification from October 2, 2007 to October 12, 2007;

WHEREAS, Defendant has agreed to Plaintiffs' request for an extension;

WHEREAS, regardless of whether Plaintiffs file their motion for class certification prior to October 12, 2007, the Parties agree that the earliest date on which Plaintiffs will notice any such motion for class certification for hearing shall be December 11, 2007;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following and ask that the Court approve this stipulation as an Order of the Court:

1. The Order entered on June 27, 2007, should be VACATED only as to that portion of the Order that pertains to the date of October 2, 2007 as the deadline for the filing of the motion for class certification;

2. Any motion asking that this action be certified to proceed as a class action must be filed **on or before October 12, 2007**; provided, however, Plaintiffs reserve the right to ask the Court to extend the deadline based on a showing of good cause;

3. In order to avoid prejudice to the Defendant by otherwise shortening the existing interval for its opposition under the current schedule, the earliest date on which Plaintiffs may notice their class certification motion for hearing (subject to availability on the Court's calendar) is Tuesday, December 11, 2007;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7610370.1

3

STIPULATION AND PROPOSED ORDER
RE CONTINUANCE (C 06 02069 SBA)

4. As set forth in the June 27, 2007 Order, with respect to any such motion to certify a class, the briefing parameters set forth in Civil Local Rule 7 pertaining to motions, are modified as follows:

    a. Civil Local Rule 7-2(a) is modified so that any motion must be filed, served and noticed **not less than 56 days** prior to the hearing;

    b. Civil Local Rule 7-3(a) is modified so that any Opposition papers must be filed **not later than 28 days** prior to the hearing;

    c. Civil Local Rules 7-2(b) and 7-3(a) are modified to provide both sides an additional 10 pages of briefing per side for opening and opposition briefs,

    d. Civil Local Rules 7-3(c) and 7-4(b) are modified to provide 5 additional pages for any reply papers.

Dated: September 28, 2007

MARLIN & SALTZMAN
SCHWARTZ, DANIELS & BRADLEY
BAILEY PINNEY PC
LAW OFFICES OF PETER M. HART

By /s/ Marcus J. Bradley
    Marcus J. Bradley

Attorneys for Plaintiff

Dated: September 28, 2007

MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN
WILLIAM J. "ZAK" TAYLOR
JOAN M. HARATANI

By /s/ Rebecca Eisen
    Rebecca Eisen

Attorneys for Defendant
WAL-MART STORES, INC

## ORDER

Pursuant to above Stipulation of the parties, and for good cause appearing, it is so ordered.

Dated: __10/2/_____, 2007

By _____*Saundra B Armstrong*_____
Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7610370.1

5

STIPULATION AND PROPOSED ORDER
RE CONTINUANCE (C 06 02069 SBA)