1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  MICHAEL A. APARICIO (STATE BAR NO. 206300)
   maparicio@orrick.com
3  JESSICA R. PERRY (STATE BAR NO. 209321)
   jperry@orrick.com
4  AMIRA B. DAY (STATE BAR NO. 239045)
   aday@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, CA  94025
   Telephone:    650-614-7400
7  Facsimile:    650-614-7401

8  Attorneys for Defendant
   WAL-MART STORES, INC.
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 | In Re WAL-MART STORES, INC. WAGE       | Case No.  C 06-02069 SBA
   | AND HOUR LITIGATION                    |           C-06-05411 SBA
15 |                                        |
   |                                        | **NOTICE OF WITHDRAWAL AS
16 |                                        | ATTORNEYS OF RECORD AND
   | This Document Relates to:              | ORDER PERMITTING
17 |                                        | WITHDRAWAL BY ORRICK,
   | Case Nos.                              | HERRINGTON & SUTCLIFFE LLP
18 | C 06-02069 SBA (Smith) and             | PURSUANT TO CIVIL LOCAL
   | C 06-05411 SBA (Ballard)               | RULE 11-5(a)**
19

20

21  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22           **PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), the law firm

23  ORRICK, HERRINGTON & SUTCLIFFE LLP, and attorneys Lynne C. Hermle, Michael A.

24  Aparicio, Jessica R. Perry and Amira B. Day, hereby withdraw as Attorneys of Record for

25  Defendant Wal-Mart Stores, Inc. in the above-entitled matter and ask the Court to approve such

26  withdrawal.  All further papers and pleadings herein are to be served upon counsel of record at

27  the law firm Morgan, Lewis & Bockius LLP pursuant to the NOTICE OF APPEARANCE OF

28  CO-COUNSEL filed on September 10, 2007, which shall be lead counsel for Defendant Wal-

OHS West:260327846.2

NOTICE OF WITHDRAWAL AS COUNSEL OF
RECORD AND [PROPOSED] ORDER
C 06-02069 SBA

Mart Stores, Inc.  Further, the law firm Lane Powell LLP and attorney Rudy R. Englund continue to represent Defendant Wal-Mart Stores, Inc. in this matter.

Dated: November 1, 2007

LYNNE C. HERMLE
MICHAEL A. APARICIO
JESSICA R. PERRY
AMIRA B. DAY
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/_____
LYNNE C. HERMLE

**We Agree to the Withdrawal:**

Dated: November 2, 2007     WAL-MART STORES, INC.

_____/s/_____
KURT KRAFSKY
Assistant General Counsel
WAL-MART STORES, INC.

Dated: November 2, 2007     Morgan, Lewis & Bockius LLP

_____/s/_____
WILLIAM TAYLOR
Attorneys for Defendant
WAL-MART STORES, INC.
.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/16/07

_Saundra B. Armstrong_
Saundra B. Armstrong
United States District Judge