MORGAN, LEWIS & BOCKIUS LLP
JOAN M. HARATANI, State Bar No. 118221
REBECCA EISEN, State Bar No. 96129
WILLIAM J. TAYLOR, State Bar No. 72902
RENÉE T. LAWSON, State Bar No. 184273
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: (415) 442-1000; Fax: (415)442-1001
Email: jharatani@morganlewis.com
       reisen@morganlewis.com
       wtaylor@morganlewis.com
       rlawson@morganlewis.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION,<br><br>This document relates to Case Nos.:<br>C 06-02069 SBA (Smith) and<br>C 06-05411 SBA (Ballard) | Case No. C 06-02069 SBA (BZ)<br>C 06-05411 SBA (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PERSONNEL FILE PRODUCTION DURING THE THANKSGIVING HOLIDAYS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD DURING THANKSGIVING HOLIDAYS
1-SF/7631335.1

USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)

## **STIPULATION**

WHEREAS, on August 16, 2007, in the Court's Fifth Discovery Order (as subsequently modified by the Court's Sixth Discovery Order), the Court ordered, among other things, Wal-Mart to produce documents identified through review of its personnel files of the potential class members at a rate of 10,000 potential class members every week until completed;

WHEREAS, Wal-Mart has been producing documents from such personnel files at such rate each Friday since September 7, 2007;

WHEREAS, Wal-Mart would like to give its document reviewers time off for Thanksgiving and the three days thereafter to celebrate the holiday;

WHEREAS, Plaintiffs have agreed with Wal-Mart's proposal to give the reviewers that time off;

WHEREAS, Wal-Mart therefore requests, in order to accommodate its reviewers' time off, that the personnel file production that would otherwise be made on Friday, November 23, 2007 (the day after Thanksgiving) be made instead the following Monday, November 26, 2007, and that the number of files for review for that instance be reduced to the files of 5,000 potential class members. The personnel file production for Friday, November 30, 2007, will again be based on a review of the files of 10,000 potential class members;

WHEREAS, Plaintiffs have agreed to this modified schedule and review amount;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following and ask that the Court approve this stipulation as an Order of the Court:

1.  The Court's Fifth Discovery Order entered on August 16, 2007 (as subsequently modified by the Court's Sixth Discovery Order), shall be modified as to that portion that pertains to the review and production of personnel files for the week of Thanksgiving, November 19, 2007;

2.  The personnel file production that would otherwise have been made on Friday, November 23, 2007 (the day after Thanksgiving) pursuant to the Court's Fifth and Sixth Discovery Orders shall be made instead the following Monday, November 26, 2007, and that the number of files for review for that instance be reduced to the files of 5,000 potential class

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD DURING THANKSGIVING HOLIDAYS      1      USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)
1-SF/7631335.1

1  members.

2      3.    The personnel file production for Friday, November 30, 2007, will again be based
3  on a review of the files of 10,000 potential class members.

4      Pursuant to General Order 45, Section X.B., I hereby attest that I have on file all
5  holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this
6  efiled document.

8  Dated: November 19, 2007                 SCHWARTZ, DANIELS & BRADLEY

9                                                  By: _____/S/_____
10                                                             Marcus J. Bradley

11                  Attorneys for Plaintiffs

12 Dated: November 19, 2007
13                  MORGAN, LEWIS & BOCKIUS LLP

14                  By: _____/S/_____
                                                       Renée T. Lawson

15                  Attorneys for Defendant
                 WAL-MART STORES, INC.

## ORDER

IT IS SO ORDERED.

Dated: November 20, 2007

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED.
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TITLE
1-SF/7631335.1
1-SF/7631335.1
          2          USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)

# PROOF OF SERVICE

**In Re Wal-Mart Stores, Inc. Wage and Hour Litigation.**
**United States District Court Case No. C 02-02069 SBA (BZ) (and related cases)**

    I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On November 19, 2007, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE: PERSONNEL FILE PRODUCTION DURING THE THANKSGIVING HOLIDAYS**

- [x] **U.S. MAIL:** I placed the document(s) listed above into envelope(s) addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

- [ ] **OVERNIGHT DELIVERY (FedEx):** I placed the document(s) listed above into envelope(s) or package(s) designated by the express service carrier and addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) or package(s) for collection and overnight delivery by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

- [ ] **PERSONAL SERVICE:** I arranged for the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below (through **Specialized Legal Service, Professional Messenger**).

- [ ] **FACSIMILE:** I transmitted the document(s) listed above via facsimile machine at the time stated on the attached transmission report(s). The facsimile transmission(s) was reported as complete and without error

- [ ] **ELECTRONIC MAIL:** I personally transmitted via electronic mail (E-MAIL) the document(s) listed above to the person(s) at the electronic mail address(es) set forth below.

| **Party Served** | **Method of Service** |
|---|---|
| **COUNSEL FOR PLAINTIFFS:**<br>A.E. Bud Bailey, Esq.<br>J. Dana Pinney, Esq.<br>Bailey Pinney PC<br>1498 S.E. Tech Center Place, Suite 290<br>Vancouver, WA 98683 | VIA U.S. MAIL |

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD DURING THANKSGIVING HOLIDAYS     USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)
1-SF/7631335.1

**COUNSEL FOR PLAINTIFFS:**
Peter M. Hart, Esq.
Peter M. Hart Law Offices
13952 Bora Bora Way, P-320
Marina Del Rey, CA  90292                                             VIA U.S. MAIL

**COUNSEL FOR PLAINTIFFS:**
Marcus J. Bradley, Esq.
Schwartz Daniels & Bradley
29229 Canwood Street, Suite 208
Agoura Hills, CA  91301                                                VIA U.S. MAIL

    I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.  Executed on November 19, 2007, at San Francisco, California.

                                                                                        /S/
                                                               Deedra L. Lang

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD DURING THANKSGIVING HOLIDAYS          USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)
1-SF/7631335.1