MORGAN, LEWIS & BOCKIUS LLP
JOAN M. HARATANI, State Bar No. 118221
REBECCA EISEN, State Bar No. 96129
WILLIAM J. TAYLOR, State Bar No. 72902
RENÉE T. LAWSON, State Bar No. 184273
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000; Fax: (415)442-1001
Email: jharatani@morganlewis.com
　　　　reisen@morganlewis.com
　　　　wtaylor@morganlewis.com
　　　　rlawson@morganlewis.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION,<br><br>This document relates to Case Nos.:<br>C 06-02069 SBA (Smith) and<br>C 06-05411 SBA (Ballard) | Case No. C 06-02069 SBA (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PERSONNEL FILE PRODUCTION WIND DOWN AND COMPLETION** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD WIND DOWN
1-SF/7644082.2　　　　　　　　　　　　　　　　　　　　USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)

## STIPULATION

WHEREAS, on August 16, 2007, in the Court's Fifth Discovery Order (as subsequently modified by the Court's Sixth Discovery Order), the Court ordered, among other things, Wal-Mart to produce documents identified through review of its personnel files of the potential class members at a rate of 10,000 potential class members every week until completed;

WHEREAS, Wal-Mart has been producing documents from such personnel files at such rate each Friday since September 7, 2007;

WHEREAS, Wal-Mart has through December 14, 2007 produced responsive documents from the files of more than 146,000 potential class members comprising over 821,200 pages of documents;

WHEREAS, more recent estimates of the number of potential class members by plaintiffs are in the neighborhood of 150,000 personnel;

WHEREAS, Wal-Mart is nearing the end of its personnel file production and December 14, 2007 will be the last date in which Wal-Mart will be able to produce responsive documents from a review of more than 10,000 files of potential class members;

WHEREAS, Wal-Mart expects to produce responsive documents from a review of the files of more than 3,000 potential class members on December 21, 2007, and significantly less files will be reviewed each week following as Wal-Mart nears the end of its personnel file production;

WHEREAS, Plaintiffs have been made aware of the approaching end to the personnel file production;

WHEREAS, Wal-Mart expects that the personnel file production will be completed in January 2008;

WHEREAS, Plaintiffs have agreed to this modified schedule and review amount;

NOW, THEREFORE, the Parties hereby stipulate and agree to the following and ask that the Court approve this stipulation as an Order of the Court:

1. The Court's Fifth Discovery Order entered on August 16, 2007 (as subsequently modified by the Court's Sixth Discovery Order), shall be modified to reflect the impending end of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD WIND DOWN
1-SF/7644082.2   1   USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)

the personnel file production;

2. The personnel file production for Friday, December 21, 2007, will have a production based on a review of the files of more than 3,000 potential class members.

3. Subsequent productions will be based on the review of less than 1,000 files per week until the last production, expected to be in January 2008.

Pursuant to General Order 45, Section X.B., I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: December 20, 2007

SCHWARTZ, DANIELS & BRADLEY

By: _____
      Marcus J. Bradley

Attorneys for Plaintiffs

Dated: December 20, 2007

MORGAN, LEWIS & BOCKIUS LLP

By: _____
      William J. Taylor

Attorneys for Defendant
WAL-MART STORES, INC.

**ORDER**

IT IS SO ORDERED.

Dated: December __21st__, 2007

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD WIND DOWN
1-SF/7644082.2     2     USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)

# PROOF OF SERVICE

**In Re Wal-Mart Stores, Inc. Wage and Hour Litigation.**
**United States District Court Case No. C 02-02069 SBA (BZ) (and related cases)**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On December 20, 2007, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER RE: PERSONNEL FILE PRODUCTION DURING THE THANKSGIVING HOLIDAYS**

☒ **U.S. MAIL:** I placed the document(s) listed above into envelope(s) addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ **OVERNIGHT DELIVERY (FedEx):** I placed the document(s) listed above into envelope(s) or package(s) designated by the express service carrier and addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) or package(s) for collection and overnight delivery by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ **PERSONAL SERVICE:** I arranged for the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below (through **Specialized Legal Service, Professional Messenger**).

☐ **FACSIMILE:** I transmitted the document(s) listed above via facsimile machine at the time stated on the attached transmission report(s). The facsimile transmission(s) was reported as complete and without error

☐ **ELECTRONIC MAIL:** I personally transmitted via electronic mail (E-MAIL) the document(s) listed above to the person(s) at the electronic mail address(es) set forth below.

| **Party Served** | **Method of Service** |
|---|---|
| **COUNSEL FOR PLAINTIFFS:**<br>A.E. Bud Bailey, Esq.<br>J. Dana Pinney, Esq.<br>Bailey Pinney PC<br>1498 S.E. Tech Center Place, Suite 290<br>Vancouver, WA 98683 | VIA U.S. MAIL |

/ / /

| | |
|---|---|
| 1 | **COUNSEL FOR PLAINTIFFS:**          VIA U.S. MAIL |
| | Peter M. Hart, Esq. |
| 2 | Peter M. Hart Law Offices |
| | 13952 Bora Bora Way, P-320 |
| 3 | Marina Del Rey, CA 90292 |

**COUNSEL FOR PLAINTIFFS:**          VIA U.S. MAIL
Marcus J. Bradley, Esq.
Schwartz Daniels & Bradley
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301

    I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on December 20, 2007, at San Francisco, California.

_____
Dolores M. Rivera

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE: PERSONNEL
FILE PROD DURING THANKSGIVING HOLIDAYS
1-SF/7644082.2          USDC – N.D. of CA Case No. C 06-02069 SBA (BZ)