MORGAN, LEWIS & BOCKIUS, LLP
REBECCA EISEN, State Bar No. 96129
THOMAS M. PETERSON State Bar No. 96011
KENT M. ROGER, State Bar No. 95987
ERIC MECKLEY, State Bar No. 168181
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: (415) 442-1000; Fax: (415)442-1001
Email:  reisen@morganlewis.com
            tmpeterson@morganlewis.com
            kroger@morganlewis.com
            emeckley@morganlewis.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION, <br><br> This document relates to Case Nos.: <br> C 06-02069 SBA (Smith) and <br> C 06-05411 SBA (Ballard) | Case No. C 06-02069 SBA (BZ) <br><br> **DECLARATION OF REBECCA EISEN IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S MOTIONS FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION** <br><br> Date:   April 22, 2008 <br> Time:  1:00 p.m. <br> Place:  Courtroom 3 <br> Judge: Hon. Saundra Brown Armstrong |

I, Rebecca Eisen, declare:

1. I am an attorney at law admitted to the State Bar of California and admitted and duly licensed to practice before this Court.  I am a partner of Morgan, Lewis & Bockius LLP, and am one of the attorneys for Defendant Wal-Mart Stores, Inc. in this action.  The facts set forth below are true of my personal knowledge and, if called upon, I could and would testify competently to these facts.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7674584.1

DECL. OF REBECCA EISEN ISO DEF.'S MOTIONS
FOR SUMMARY JUDGMENT AND/OR SUMMARY
ADJUDICATION  (C 06-02069 SBA (BZ)

2. On March 3, 2008, I participated in a meet and confer session with Plaintiffs' counsel. During the March 3 meet and confer, and in a subsequent conversation, I advised Plaintiffs' counsel as to each of the grounds upon which Wal-Mart intended to move for summary judgment and/or summary adjudication.

3. During the meet and confer, Plaintiffs' counsel took the position that they disagreed with Wal-Mart's grounds for its potential motion for summary judgment and/or summary adjudication. Plaintiffs' counsel declined to voluntarily dismiss any of their claims.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Martin M. Shapiro, Ph.D. taken in this case on November 7, 2007.

5. Defendant's former counsel Orrick, Herrington & Sutcliffe took the depositions of the named Plaintiffs Michael Wiggins, Barry Smith and Danton Ballard in this action. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of Danton Ballard taken in this case on July 25, 2007, along with a copy of deposition Exhibit 4 which was marked, presented to and authenticated by Ballard during the deposition.

6. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition of Michael Wiggins taken in this case on August 3, 2007, along with copies of deposition Exhibits 1, 3, 7, and 9 which were marked, presented to and authenticated by Wiggins during the deposition.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Barry Smith taken in this case on August 3, 2007, along with copies of deposition Exhibits 1, 2 and 6 which were marked, presented to and authenticated by Smith during the deposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of March 2008 at San Francisco, California.

/s/
Rebecca Eisen

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7674584.1

DECL. OF REBECCA EISEN ISO DEF.'S MOTIONS
FOR SUMMARY JUDGMENT AND/OR SUMMARY
ADJUDICATION  (C 06-02069 SBA (BZ))