Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Rebecca Eisen**
Partner
415.442.1328
reisen@morganlewis.com

March 31, 2008

**VIA E-FILING AND FACSIMILE 415.522.2140**

Chief Magistrate Judge James Larson
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:    Smith v. Wal-Mart Stores, Inc.
       Case No. C 06 2069 SBA (JL)

Dear Judge Larson:

    As required by the Court's Settlement Conference Order, and after consultation with opposing counsel, Defendant Wal-Mart Stores, Inc. submits this written request to continue the settlement conference in the above-referenced case. The parties jointly request that the conference be rescheduled to May 27, 2008, at 10:00 a.m.

    Thank you for your consideration.

Sincerely,

*/s/ Rebecca Eisen*

Rebecca Eisen

c: Louis M. Marlin, Esq. (via e-filing and facsimile)

*IT IS SO ORDERED*
*/s/ James Larson*
Judge James Larson

1-SF/7684777.1