1  Louis M. Marlin, Esq.         [State Bar No. 054053]
   Stanley D. Saltzman, Esq.     [State Bar No. 090058]
2  **MARLIN & SALTZMAN**
   3200 El Camino Real, Suite 100
3  Irvine, California  92602
   Telephone:    (714) 669-4900
4  Facsimile:    (714) 669-4750
   louis.Marlin@MarlinSaltzman.com
5  ssaltzman@MarlinSaltzman.com
   [See Additional Plaintiffs' Counsel Attached]
6
   Attorneys for Plaintiffs, individually and on
7  behalf of all others similarly situated

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12 | In Re WAL-MART STORES, INC.     | Case No. C 06 02069 SBA
   | WAGE AND HOUR LITIGATION        |
13 |                                 | **CLASS ACTION**
   |                                 |
14 |                                 | **DECLARATION OF MARCUS J. BRADLEY,
   |                                 | ESQ. IN SUPPORT OF PLAINTIFFS'**
15 | This Document Relates To:       | **OPPOSITION TO MOTION TO
   |                                 | DEFENDANT'S MOTION FOR SUMMARY**
16 | Case Nos.                       | **JUDGMENT AND/OR SUMMARY
   |                                 | ADJUDICATION AS TO PLAINTIFFS**
17 | C 06 02069 SBA (Smith) and      | **BARRY SMITH, MICHAEL WIGGINS AND
   | CV 06 05411 SBA (Ballard)       | DANTON BALLARD**
18 |                                 |
                                     Date:       April 22, 2008
19                                   Time:       1:00 p.m.
                                     Location:   United States Courthouse
20                                               Courtroom 3, Third Floor
                                                 1301 Clay Street
21                                               Oakland, CA 94612-5212

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

---
Bradley Declaration in Support of Plaintiffs' Opposition to Motion to
Defendant's Motion for Summary Judgment

**ADDITIONAL PLAINTIFFS' COUNSEL**

Arnold W. Schwartz, Esq.   [State Bar No. 063436]
Marcus J. Bradley, Esq.    [State Bar No. 174156]
**SCHWARTZ, DANIELS & BRADLEY**
29229 Canwood Street, Suite 208
Agoura Hills, California  91301
Telephone:   (310) 478-5838
Facsimile:   (310) 478-1232
Arnold.Schwartz@SchwartzDanielsBradley.com
Marcus.Bradley@SchwartzDanielsBradley.com


Peter M. Hart, Esq.   [State Bar No. 198691]
**LAW OFFICES OF PETER M. HART**
13952 Bora Bora Way, F-320
Marina Del Rey, California  90292
Telephone:   (310) 478-5789
Facsimile:   (310) 561-6441
HartPeter@msn.com


Bonnie R. MacFarlane, Esq. [State Bar No. 161526]
**BAILEY PINNEY PC**
720 Howe Ave, Suite 113
Sacramento, California  95825
Telephone:   (916) 923-5537
Facsimile:   (916) 923-5587
BMacfarlane@wagelawyer.com


Susan Simmons Seemiller, Esq. [State Bar No. 150546]
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Facsimile (805) 339-0090
SSeemiller@wagelawyer.com

---

Bradley Declaration in Support of Plaintiffs' Opposition to Motion to
Defendant's Motion for Summary Judgment

Marcus J. Bradley declares as follows:

1. I am an attorney at law, duly licensed to practice before all of the courts of the State of California. I am admitted to practice before the United States District Court for the Northern District of California, as well as the District Courts for the Central and Southern District. I am a principal in Schwartz, Daniels & Bradley, one of the firms representing the Plaintiffs and the proposed class. I am one of the attorneys in our firm primarily responsible for the litigation of this matter. In that capacity, I have been involved with reviewing all discovery propounded to and responded to by Defendant, and all documents produced in this case. I also have read and reviewed certified copies or originals of all depositions taken in the case.

2. Attached hereto as Exhibit A is a true and correct of excerpts from the certified transcript of the Videotape Deposition of Barry Smith dated August 3, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the certified transcript of the Videotape Deposition of Michael Wiggins dated August 3, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the certified transcript of the Videotape Deposition of Danton Ballard dated July 25, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of Martin M. Shapiro's Report on Termination and Pay-Outs in California Wal-Mart Stores dated March 25, 2008.

I declare, pursuant to the laws of the United States and of the State of California, that the foregoing is true and correct to the best of my personal knowledge. This Declaration is executed on April 1, 2008, at Agoura Hills, California.



MARCUS J. BRADLEY

---

Bradley Declaration in Support of Plaintiffs' Opposition to Motion to
Defendant's Motion for Summary Judgment

1