MORGAN, LEWIS & BOCKIUS, LLP
REBECCA EISEN, State Bar No. 96129
THOMAS M. PETERSON State Bar No. 96011
KENT M. ROGER, State Bar No. 95987
ERIC MECKLEY, State Bar No. 168181
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000; Fax: (415)442-1001
Email: reisen@morganlewis.com
 tmpeterson@morganlewis.com
 kroger@morganlewis.com
 emeckley@morganlewis.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION,<br><br>This document relates to Case Nos.:<br>C 06-02069 SBA (Smith) and<br>C 06-05411 SBA (Ballard) | Case No. C 06-02069 SBA (BZ)<br><br>**SUPPLEMENTAL DECLARATION OF REBECCA EISEN IN SUPPORT OF DEFENDANT WAL-MART STORES, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 22, 2008<br>Time: 1:00 p.m.<br>Place: Courtroom 3<br>Judge: Hon. Saundra Brown Armstrong |

I, Rebecca Eisen, declare:

1. I am an attorney at law admitted to the State Bar of California and admitted and duly licensed to practice before this Court. I am a partner of Morgan, Lewis & Bockius LLP, and am one of the attorneys for Defendant Wal-Mart Stores, Inc. in this action. The facts set forth below are true of my personal knowledge and, if called upon, I could and would testify competently to these facts.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7686691.1

SUPP. DECL. OF REBECCA EISEN ISO DEF.'S REPLY
ISO MOTIONS FOR SUMMARY JUDGMENT
(C 06-02069 SBA (BZ)

2. Attached hereto as **Exhibit A**, is a true and correct copy of excerpts from Plaintiff Michael Wiggins's Responses to Defendant's First Set of Special Interrogatories, dated April 1, 2008.

3. Attached hereto as **Exhibit B**, is a true and correct copy of excerpts from Plaintiff Barry Smith's Responses to Defendant's First Set of Special Interrogatories, dated April 1, 2008.

4. Attached hereto as **Exhibit C**, are true and correct copies of additional excerpts from the certified transcript of the Deposition of Plaintiff Barry Smith taken on August 3, 2007.

5. Attached hereto as **Exhibit D**, are true and correct copies of excerpts from the certified transcript of the Videotaped Deposition of Canetta Ivy Reid taken on March 21, 2008.

6. Attached hereto as **Exhibit E**, are true and correct copies of additional excerpts from the certified transcript of the Deposition of Plaintiff Danton Ballard taken on July 25, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of April 2008 at San Francisco, California.

/S/
Rebecca Eisen

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7686691.1

SUPP. DECL. OF REBECCA EISEN ISO DEF.'S REPLY
ISO MOTIONS FOR SUMMARY JUDGMENT
(C 06-02069 SBA (BZ))