1  GIBSON, DUNN & CRUTCHER LLP
   WAYNE SCHRADER (SBN 67447)
2  WSchrader@gibsondunn.com
   THEODORE J. BOUTROUS JR. (SBN 132099)
3  TBoutrous@gibsondunn.com
   MARK A. PERRY (SBN 212532)
4  MPerry@gibsondunn.com
   GEORGE BROWN (SBN 138590)
5  GBrown@gibsondunn.com
   MAURICE SUH (SBN 147485)
6  MSuh@gibsondunn.com
   KARL NELSON (*pro hac vice*)
7  KNelson@gibsondunn.com
   G. CHARLES NIERLICH (SBN 196611)
8  GNierlich@gibsondunn.com
   JULIAN W. POON (SBN 219843)
9  JPoon@gibsondunn.com
   JAIME D. BYRNES (SBN 237991)
10 JByrnes@gibsondunn.com
   One Montgomery Street, Suite 3100
11 San Francisco, CA 94104
   Tel:  (415) 393-8200
12 Fax:  (415) 986-5309

13 Attorneys For Defendant
   WAL-MART STORES, INC.
14
15 MARLIN & SALTZMAN
   LOUIS M. MARLIN, Esq. (SBN 054053)
16 louis.marlin@marlinsaltzman.com
   STANLEY D. SALTZMAN, Esq. (SBN 090058)
17 ssaltzman@marlinsaltzman.com
   3200 El Camino Real, Suite 100
18 Irvine, CA 92602
   Tel:  (714) 669-4900
19 Fax:  (714) 669-4750

20 Attorneys For Plaintiffs and Plaintiff Class

21            UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| IN RE WAL-MART STORES, INC. WAGE AND HOUR LITIGATION | CASE NO.  C 06-02069 SBA |
| | **CLASS ACTION** |
| | **STIPULATION TO STAY THIS CASE IN ITS ENTIRETY PENDING APPEAL** |
| This Document Relates To: | |
| Case Nos.: C 06-02069 SBA (Smith) and C 06-05411 SBA (Ballard) | |

Gibson, Dunn &
Crutcher LLP

1    The parties hereto, by and through their respective counsel of record, hereby stipulate as

2    follows:

3    1.    On February 13, 2008, this Court certified two out of the three purported subclasses

4    that Plaintiffs sought to certify in relation to this case.

5    2.    On February 27, 2008, Wal-Mart timely filed a petition with the Ninth Circuit for

6    permission to appeal from this Court's order granting, in part, class certification, pursuant to Rule

7    23(f) of the Federal Rules of Civil Procedure and Rule 5 of the Federal Rules of Appellate Procedure.

8    On March 7, 2008, Plaintiffs filed an answer to Wal-Mart's petition for permission to appeal this

9    Court's class certification order.  On March 18, 2008, Wal-Mart filed a motion for leave to file a

10   reply and a reply in support of its petition.

11   3.    On May 15, 2008, the Ninth Circuit, having reviewed the submissions of the parties,

12   granted Wal-Mart's petition for permission to file an interlocutory appeal.

13   4.    The parties agree that the interests of judicial efficiency and economy would be best

14   served by staying this case in its entirety until the conclusion of all appellate proceedings in the Ninth

15   Circuit concerning this Court's Class Certification Order of February 13, 2008.

16   Now, therefore, the parties hereby stipulate and agree, subject to the Court's approval, that

17   this Court may enter an order as follows:

18   A.    This case is hereby stayed in its entirety until the conclusion of all appellate

19   proceedings in the Ninth Circuit concerning this Court's Class Certification Order of February 13,

20   2008; moreover, the hearing on Wal-Mart's Motions for Summary Judgment scheduled for June 24,

21   2008 and the case management conference scheduled for July 10, 2008 are hereby taken off-calendar;

22   B.    The parties' rights as of the date of this order are hereby preserved and left intact until

23   this stay is lifted in the event that further proceedings in this Court may prove necessary;

24   //

25   //

26   //

27   //

28   //

1    C.    The parties shall promptly notify the Court following the Ninth Circuit's resolution of

2  all appellate proceedings concerning this Court's Class Certification Order of February 13, 2008, at

3  which time the Court may schedule further proceedings, as appropriate.

4  DATED:  May 20, 2008

5                                         GIBSON, DUNN & CRUTCHER LLP

6

7                                         By:    /s/ _Julian W. Poon_____
                                                  Julian W. Poon
8

9                                         Attorneys for Defendant
                                          WAL-MART STORES, INC.
10

11 DATED:  May __, 2008

                                          MARLIN & SALTZMAN
12

13                                        By:    See attached Signature page
                                                  Louis M. Marlin
14

15                                        Attorneys for Plaintiffs and Plaintiff Class

16

17

18

19

20

21

22

23

24

25

26

27

28

1    C.  The parties shall promptly notify the Court following the Ninth Circuit's resolution of

2 all appellate proceedings concerning this Court's Class Certification Order of February 13, 2008, at

3 which time the Court may schedule further proceedings, as appropriate.

4 DATED: May __, 2008

5           GIBSON, DUNN & CRUTCHER LLP

6

7           By:_____/_____

8              Julian W. Poon

9           Attorneys for Defendant
            WAL-MART STORES, INC.

10

11 DATED: May 20, 2008

           MARLIN & SALTZMAN

12

13           By:_____

14              Louis M. Marlin

15           Attorneys for Plaintiffs and Plaintiff Class

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF SERVICE

I, Sandra Kowalski, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071, in said County and State.  On May 20, 2008, I served the within:

### STIPULATION TO STAY THIS CASE IN ITS ENTIRETY PENDING APPEAL

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING):**  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on May 15, 2008.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

☑ **BY U.S. MAIL:**  I placed a true copy in a sealed envelope addressed to the below-named parties, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Attorneys for Plaintiffs**

| | |
|---|---|
| Peter M. Hart | Arnold Schwartz |
| PETER M. HART LAW OFFICES | SCHWARTZ, DANIELS & BRADLEY |
| 13952 Bora Bora Way, Ste. F-320 | 29229 Canwood St., Ste. 208 |
| Marina del Rey, CA  90292 | Agoura Hills, CA  91301 |
| Telephone:  (310) 478-5789 | Tel:  (310) 478-5838 |

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on May 20, 2008, at Los Angeles, California.

_____/s/ Sandra Kowalski_____
Sandra Kowalski