1
2
3
4
5
6
7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10 In Re WAL-MART STORES, INC.    ]     Case No. C 06 02069 SBA
     WAGE AND HOUR LITIGATION    ]

11                                    ]     **CLASS ACTION**

    _____ ]

12                                    ]     **ORDER**

                                   ]

13 This Document Relates To:          ]

                                   ]

14 Case Nos.                            ]

                                   ]

15 C 06 02069 SBA (Smith) and       ]
     CV 06 05411 SBA (Ballard)      ]

16     _____ ]

17      The parties' Stipulation having been presented to the Court, and good cause appearing

18 therefore:

19      IT IS HEREBY ORDERED that the Court's Order of July 21, 2010 granting preliminary

20 approval of the parties' settlement is modified in the following manner only: The last date for

21 filing and receipt by counsel of an objection by a class member shall be September 7, 2010.

22

23 Dated:7/22/10                 _Saundra B Armstrong_
                            Hon. Saundra Brown Armstrong

24                                District Court Judge

25
26
27
28