IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION | Case Numbers: C 06 02069 SBA<br><br>**CLASS ACTION**<br><br>[~~Proposed~~] ORDER RE: ADMINISTRATIVE MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS & AUTHORITIES IN REPLY TO OBJECTIONS TO SETTLEMENT UP TO 18 PAGES IN LENGTH; |
| This Document Relates To:<br><br>Case Nos.<br><br>C 06 02069 SBA (Smith) and<br>CV 06 05411 (SBA) Ballard | Date: September 28, 2010<br>Time: 1:00 p.m.<br>Crtm: 1, 4th Floor |

This matter having come before the Court on the administrative motion of plaintiffs to file points and authorities up to 18 pages in length in support of their reply to objections to the class settlement, and the Court having given the matter due consideration, the Court does hereby grant said motion. Plaintiffs are permitted to file points and authorities that do not exceed 18 pages in length.

Dated: 9/27/10

*/s/ Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
District Court Judge

---

[Proposed] Order Re: Administrative Motion for Leave to File
Points & Authorities Exceeding Applicable Page Limits

C 06-02069 SBA (BZ)