UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION<br><br>This Document Relates To:<br><br>Case Nos.<br>C 06 02069 SBA (Smith) and<br>C 06 05411 SBA (Ballard) | No. 06-02069 SBA<br><br>**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL INFORMATION FROM CLASS COUNSEL REGARDING NINTH CIRCUIT FEE DECISIONS** |

Plaintiffs' Motion for Leave to File Supplemental Information from Class Counsel Regarding Ninth Circuit Fee Decisions (Dkt. 429), filed November 10, 2010, is GRANTED. Plaintiffs shall file Exhibit 1 to the motion, <u>and copies of the opinions cited in Exhibit 1 for which no Westlaw or Federal Reporter citation was provided</u>, by no later than November 16, 2010.

IT IS SO ORDERED.

Dated: November 12, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge