UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
IN RE WAL-MART STORES, INC.  )
WAGE AND HOUR LITIGATION     )
                             )    No. C06-2069 SBA (BZ)
                             )
                             )
This Document Relates To:    )    ORDER RE COSTS
                             )
Case Nos.                    )
C06-2069 SBA (Smith) and     )
C06-5411 SBA (Ballard)       )
                             )
```

Pursuant to Judge Armstrong's order of reference dated November 9, 2010, the dispute over costs has been referred to me for a report and recommendation. **IT IS THEREFORE ORDERED** that by **November 24, 2001**, plaintiffs shall file a letter of no more than **two pages** outlining the disputed cost issues and directing the Court to the portions of its previously filed documents which address these issues. By **December 1, 2010**, defendants shall file a letter of no more **two pages** outlining its position and directing the Court to those portions of its previously filed documents which address these issues. **IT IS FURTHER ORDERED** that within **24 hours** of filing the letter,

///

1

each side shall lodge with my chambers a copy of all the relevant documents.

Dated: November 18, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WAL-MART STORES LITIGATION\ORDER RE COSTS.wpd