UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WAL-MART STORES, INC. WAGE AND HOUR LITIGATION<br><br>This Document Relates To:<br><br>Case Nos.<br>C06-2069 SBA (Smith) and<br>C06-5411 SBA (Ballard) | No. C06-2069 SBA (BZ)<br><br>**ORDER VACATING ORDER RE COSTS AND CORRECTING REFERENCE** |

**IT IS HEREBY ORDERED** that the Order Re Costs (Docket No. 439) is hereby **VACATED**.  The referral for the Report and Recommendation was referenced to Magistrate Judge Beeler **not** Magistrate Judge Zimmerman.

Dated: November 18, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\WAL-MART STORES LITIGATION\ORDER VACATING ORD RE COSTS AND CORRECTING REFERENCE.wpd

1