UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WAL-MART STORES, INC. WAGE AND HOUR LITIGATION<br><br>This Document relates to:<br><br>Case Nos.<br>C06-2069 SBA (Smith and<br>C06-5411 SBA (Ballard) | No. C06-2069 SBA (BZ)<br><br>**ORDER RE COSTS** |

Pursuant to Judge Armstrong's Amended Order of Reference, the dispute over costs has been re-referred to me for a report and recommendation. **IT IS THEREFORE ORDERED** that by **December 7, 2010**, plaintiffs shall file a letter of **no more** than **two pages** outlining the disputed cost issues and directing the Court to portions of its previously filed documents which address these issues. By **December 15, 2010**, defendants shall file a letter of **no more** than **two pages** outlining its position and directing the Court to those portions of its previously filed documents which address these issues. **IT IS FURTHER ORDERED** that within **24 hours** of filing its letter, each side shall **lodge** with my chambers a copy of

1

all of the relevant documents.

Dated: December 1, 2010

                                                Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\IN RE WAL-MART LITIGATION\ORDER RE COSTS.wpd