UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WAL-MART STORES, INC. WAGE AND HOUR LITIGATION<br><br>This Document relates to:<br><br>Case Nos.<br>C06-2069 SBA (Smith and<br>C06-5411 SBA (Ballard) | No. C06-2069 SBA (BZ)<br><br>**SECOND ORDER RE COSTS** |

On December 3, 2010, plaintiffs' submitted a letter as well as accompanying declarations that outlined the costs incurred by counsel in this matter. These documents, however, fail to include enough information for me to provide Judge Armstrong with a report and recommendation on the issues she requested. **IT IS THEREFORE ORDERED** as follows:

1. Plaintiffs shall submit a declaration from Dr. Martin Shapiro, that describes his background and experience, explains the services Dr. Shapiro provided and the reasons these services were necessary, includes his invoices and verifies the amounts he has been paid.

2. Plaintiffs shall submit a breakdown of the deposition

1

expenses they incurred for each individual deponent.[1]

3. For the months of March, April, and May 2007, plaintiffs shall submit a further explanation of the travel and lodging expenses they claim. They shall state the dates of each business trip, the purpose of the trip, the number of attorneys traveling, and itemize the expenses associated with the trips (i.e., airfare, lodging, car rentals, etc.).

4. Rather than providing a table grouping costs together into a few categories, The Law Offices of Peter M. Hart shall provide a further itemization of the expenses it seeks.

5. Plaintiffs shall submit the above documentation by **January 7, 2011.**

Dated: December 16, 2010

                                          Bernard Zimmerman
                                 United States Magistrate Judge

g:\bzalll\-refs\In Re Wal-Mart Litigation\Second Order Re Costs.wpd

---

[1] According to the plaintiffs' December 3, 2010 letter, these expenses totaled $67,341.52.