UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION | No. 06-02069 SBA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| This Document Relates To:<br><br>Case Nos.<br>C 06 02069 SBA (Smith) and<br>C 06 05411 SBA (Ballard) | |

Pursuant to the Court's Order of Reference (Docket 442), Magistrate Judge Bernard Zimmerman issued a Report and Recommendation in which he recommends granting Plaintiffs' Motion for Costs (Docket 405) and awarding $526,372.59 in costs to Plaintiffs. Although no objections have been filed, this Court reviews Magistrate Judge Zimmerman's legal conclusions de novo. See <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983). Upon such review, the Court finds no error in Magistrate Judge Zimmerman's Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Zimmerman's Report and Recommendation (Docket 453) is ACCEPTED and shall become the Order of this Court. This Order terminates Dockets 405 and 453.

IT IS SO ORDERED.

Dated: 1/31/11

                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge