FILED

JUN 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANTON BALLARD, individually and on behalf of all others similarly situated; NATHAN LYONS, individually and on behalf of all others similarly situated; BARRY SMITH, individually and on behalf of all other similarly situated; MICHAEL WIGGINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant - Appellant. | No. 08-16258<br><br>D.C. Nos. 4:06-CV-02069-SBA<br>              4:06-CV-05411-SBA<br>Northern District of California, Oakland<br><br>ORDER |

Before: RYMER and TASHIMA, Circuit Judges, and LEIGHTON,[*] District Judge.

The parties' joint motion to voluntarily dismiss this appeal pursuant to Rule 42(b) is GRANTED, and this appeal is dismissed. Each party shall bear its own costs.

A copy of this order shall serve as the mandate of this court.

---

     [*]     The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.